395 A.2d 987

Klaski, Appellant, v. Kasselman.

Argued September 12, 1978. Morton B. Wapner, for appellant; Albert Subers, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment affirmed.